IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LELAND FOSTER,

    Plaintiff,

v.            Case No. 2:15-cv-00161-RTR

NATIONAL 55 LIMITED PARTNERSHIP,

    Defendant.

---

## STIPULATED NOTICE OF DISMISSAL

The parties, but their respective counsel, hereby submit this stipulated notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice and without costs to either party.

Respectfully submitted this 23rd day of March, 2016.

/s/ Owen B. Dunn, Jr.  
Owen B. Dunn, Jr.  
**LAW OFFICES OF OWEN B. DUNN, JR.**  
The Ottawa Hills Shopping Center  
4334 W. Central Avenue, Ste. 222  
Toledo, OH 43615  
Telephone: (419) 241-9661  
Facsimile: (419) 241-9737  
E-mail: dunnlawoffice@sbcglobal.net  

**Attorney for Plaintiff, Leland Foster**

/s/ Daniel P. McAlvanah  
Daniel P. McAlvanah  
Laura A. Lindner  
**LITTLER MENDELSON, P.C.**  
111 East Kilbourn Avenue, Suite 1000  
Milwaukee, WI 53202  
Telephone: 414.291.5536  
Facsimile: 414.291.5526  
Email: dmcalvanah@littler.com  
Email: llindner@littler.com  

**Attorneys for Defendant, National 55 Limited Partnership**